FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 19 AM 10: 25

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 2691

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case Number: |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
| | ) | Importation of a Controlled Substance |
| CAMACHO, Albert | ) | |
| Defendant(s), | ) | |
| | ) | |

The undersigned complaint being duly sworn states:

On or about November 18, 2007, within the Southern District of California, Albert CAMACHO, did knowingly and intentionally import approximately 10.20 kilograms of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
RYAN ESGATE
SPECIAL AGENT
ICE

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF NOVEMBER 2007.

MAGISTRATE JUDGE

## STATEMENT OF FACTS

On November 18, 2007, at approximately 6:05 PM, Albert Carl CAMACHO entered the United States from the Republic of Mexico at the Tecate Port of Entry (POE), Tecate, California. CAMACHO was the driver sole occupant of a 1986 Nissan Maxima with California license number 2CTM984.

At approximately 6:05 PM, Customs and Border Officer (CBPO) John Long encountered CAMACHO driving the 1986 Nissan Maxima with California license number 2CMT984. CBPO Long received a negative declaration from CAMACHO. CAMACHO was referred to the secondary inspection area.

At approximately 6:05 PM, Customs and Border Protection Canine Enforcement Officer (CEO) Paul Martinez used his Narcotic and Human Detection Dog (NHDD) "SONNI" to screen the 1986 Nissan Maxima with California license number 2CMT984. NHDD "SONNI" alerted to a narcotic odor emanating from the gas tank area of the vehicle.

A search of the vehicle conducted by CBPO Valdes led to the discovery of 14 packages concealed in the gas tank of the vehicle. A package was probed, revealing a crystalline substance, which field-tested positive for the properties of methamphetamine. The total weight of the packages was 10.20 kilograms, or 22.44 pounds.

At approximately 12:45 AM on November 19, 2007, CAMACHO was advised of his Miranda rights by Immigration and Customs Enforcement (ICE) Special Agent (SA) Ryan Esgate in the English language reading directly from a pre-printed form as witnessed by ICE SA Stefanie McNabb. CAMACHO stated he understood his rights and waived them both verbally and in

writing.  CAMACHO stated that he would be paid $3,300.00 USD to cross the vehicle into the US from Mexico and deliver it to Riverside, California.  CAMACHO stated that he was told the car contained "crystal."  CAMACHO stated that he had successfully crossed a loaded vehicle on one previous occasion.

CAMACHO was arrested and charged with violations of Title 21 USC 952 and 960, Importation of Controlled Substance.  CAMACHO was booked into the Metropolitan Correctional Center, San Diego, California.  The vehicle, methamphetamine, and two cell phones were seized under seizure number 2007 2505 900002 01.